■ MARVAN EQUIPMENT CO., INC., Appellant, v HARTFORD FIRE INSURANCE COMPANY et al., Respondents. — Appeal from an order of the Supreme Court at Special Term (Hughes, J.), entered November 25, 1980 in Albany County, which, *inter alia,* granted defendants' motion for summary judgment dismissing the complaint. Order affirmed, with costs, on the opinion of Mr. Justice Harold J. Hughes at Special Term. Mahoney, P. J., Sweeney, Main, Mikoll and Yesawich, Jr., JJ., concur.